# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IURI RUSSU**, | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION |
| | : |
| | : NO. 10-4883 |
| **MICHAEL J. ASTRUE**, | : |
| ***COMMISSIONER OF SOCIAL*** | : |
| ***SECURITY ADMINISTRATION***, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this ___ of April, 2011, upon consideration of the parties' submissions in regards to Plaintiff's Motion in Support of Request for Review (Doc. 6), and after careful review of the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice (Doc. 10), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation dated February 28, 2011, is hereby **APPROVED** and **ADOPTED**;

2. The Plaintiff's Request for Review is **GRANTED**; and

3. The matter shall be remanded to the Commissioner for further review consistent with the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **REMANDED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**